RECEIVED
IN LAKE CHARLES, LA

JUN 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MANTI OPERATING COMPANY** | : | **DOCKET NO. 05-1231** |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, MECOM MINERALS, LLC, W & T OFFSHORE, LLC AND WICHITA PARTNERSHIP, LTD., ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for partial summary judgment (doc. #55) filed by defendants, Mecom Minerals, LLC, W & T Offshore, LLC and Wichita Partnership, Ltd., is hereby **GRANTED**, and the Court hereby recognizes and declares that the mineral servitude affecting the immovable property located within the Sabine National Wildlife Refuge and designated as Tract 5-A, East Cove Unit, Cameron Prairie NWR, Southwest Louisiana NWR is in full force and effect.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26th day of June, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE