RECEIVED
IN LAKE CHARLES, LA

SEP 0 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| MANTI OPERATING COMPANY | * | CIVIL ACTION NO. CV05-1231 |
| Plaintiff | * | JUDGE TRIMBLE |
| VERSUS | * | |
| UNITED STATES OF AMERICA, | * | MAGISTRATE JUDGE WILSON |
| DEPARTMENT OF INTERIOR, | | |
| MECOM MINERALS, LLC | * | |
| W & T OFFSHORE, LLC, and | | |
| WICHITA PARTNERSHIP, LTD. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>JUDGMENT</u>

Considering the Motion For Judgment on the Pleadings filed herein by Mecom Minerals,

LLC. W & T Offshore, LLC and Wichita Partnership, Ltd., the Joint Stipulation of all of the

parties made defendants to this proceeding and the judgment of this court dated June 26, 2006;

**IT IS ORDERED, ADJUDGED, DECREED AND DECLARED** that Mecom

Minerals, LLC, W & T Offshore, LLC, Wichita Partnership, Ltd. (hereinafter referred to as the

"Mecom Interests") are the owners of a mineral servitude which is in full force and effect which

burdens a tract of land included within the Sabine National Wildlife Refuge designated as Tract

5-A, in that Judgment on the Declaration of Taking rendered on July 19, 1937 in that certain suit

entitled 'United States of America versus 139,248.68 acres, more or less, of land in Cameron

Parish, Louisiana,' bearing docket number 2841 of the United States District Court for the

Western District of Louisiana, the said Judgment being filed in the Cameron Parish public

records in Conveyance Book 34, page 49, under File Number 36311 (hereafter referred to as

"Tract 5-A") and more particularly described as follows:

**Township Fourteen South, Range Eight West (T14S-R8W)**
**Cameron Parish, Louisiana**
Section 2:     All of Section
Section 3:     All of Section
Section 4:     All of Section
Section 5:     All of Section
Section 6:     All of Section
Section 7:     All of Section
Section 8:     All of Section
Section 9:     All of Section
Section 10:    All of Section
Section 11:    All of Section
Section 14:    North Half (N/2)
Section 15:    All of Section
Section 17:    All of Section
Section 18:    All of Section
Section 19:    All of Section
Section 20:    West Half ( W/2), West Half of East Half (W/2 of E/2) and
               Northeast Quarter of Northeast Quarter (NE/4 of NE/4)

**Township Fourteen South, Range Nine West (T14S-R9W)**
**Cameron Parish, Louisiana**
Section 1:     All of Fractional Section
Section 11:    All of Fractional Section
Section 12:    All of Fractional Section
Section 13:    All of Section
Section 14:    All of Fractional Section
Section 15:    All of Fractional Section
Section 16:    All of Fractional Section
Section 17:    All of Fractional Section
Section 19:    East Half (E/2)
Section 20:    North Half (N/2), Southwest Quarter (SW/4) and North Half of
               Southeast Quarter (N/2 of SE/4)
Section 21:    North Half (N/2) and North Half of South Half (N/2 of S/2)
Section 22:    North Half (N/2) and North Half of South Half (N/2 of S/2)
Section 23:    North Half (N/2) and North Half of South Half (N/2 of S/2)
Section 24:    North Half (N/2) and North Half of South Half (N/2 of S/2)

(Hereinafter referred to as the Mecom Interests' Mineral Servitude)

**IT IS FURTHER, ORDERED, ADJUDGED, DECREED AND DECLARED** that the Mecom Interests' Mineral Servitude which burdens Refuge Tract 5-A is owned by the Mecom Interest in the following proportions:

| | |
|---|---|
| Mecom Minerals, LLC | 1/9th |
| Wichita Partnership, Ltd. | 1/9th |
| W & T Offshore, LLC | 7/9ths |

**IT IS FURTHER, ORDERED, ADJUDGED, DECREED AND DECLARED** that the Mecom Interests' mineral servitude affecting Refuge Tract 5-A is burdened by a mineral royalty interest equal to 12.5% of 8/8ths of the proceeds of production from Refuge Tract 5-A in favor of the United States of America.

**IT IS FURTHER, ORDERED, ADJUDGED, DECREED AND DECLARED** that the seven ninths (7/9ths) mineral servitude interest of W & T Offshore, LLC in the Mecom Interests' Mineral Servitude affecting Refuge Tract 5-A is burdened by a mineral royalty interest equal to one percent (1%) of 8/8ths of the production from Refuge Tract 5-A in favor of Edward M. Carmouche, Jr., Maura Carmouche Mize, Lili Chen Carmouche as Trustee of the Pierre August Carmouche Trust, Virginia Carmouche Emory, Camp Holdings, L.L.C., Yolande McLin Palmer, Yolande McLin Palmer as trustee of the Paul Edwin Palmer Testamentary Trust, Harry E. Barsh, Jr., Jean LaBove Barsh, Edward K. Hunter, Bonner M. Cutting, A.J. Gray, III, May Poche Gray, Karl E. Boellert, Kathleen M. Boellert, John F. Robichaux and Mary R. Robichaux, Joseph A. Delafield and Zona King Barton (hereinafter collectively referred to as the "Carmouche Royalty Owners") and that the Ownership of such one percent (1%) mineral royalty interest is as follows:

| | |
|---|---|
| Edward M. Carmouche, Jr. | 5.1782% |
| Maura Carmouche Mize | 5.1782% |
| Lili Chen Carmouche as Trustee of the Pierre Auguste Carmouche Trust | 5.1782% |

| | |
|---|---:|
| Virginia Carmouche Emery | 5.1782% |
| Camp Holdings, L.L.C. | 20.7129% |
| Yolande McLin Palmer | 6.5755% |
| Yolande McLin Palmer as Trustee of the Paul Edwin Palmer Testamentary Trust | 6.5755% |
| Harry E. Barsh, Jr. and Jean LaBove Barsh | 13.1510% |
| Edward K. Hunter | 5.1289% |
| Bonner M. Cutting | 5.1289% |
| A.J. Gray, III | 3.4029% |
| May Poche Gray | 3.4029% |
| Karl E. Boellert and Kathleen M. Boellert | 6.8056% |
| John F. Robichaux and Mary R. Robichaux | 5.2275% |
| Joseph A. Delafield | 1.5879% |
| Zona King Barton | 1.5879% |
| | 100.0000% |

**IT IS FURTHER, ORDERED, ADJUDGED, DECREED AND DECLARED** that the

seven ninths (7/9ths) mineral servitude interest of W & T Offshore, LLC in the Mecom Interests'

Mineral Servitude affecting Refuge Tract 5-A is burdened by a Mineral Royalty Interest equal to

one and ninety-two one hundredths percent (1.92%) of 8/8ths of the proceeds of production from

Refuge Tract 5-A in favor of John W. Mecom, IIII, Mary Elizabeth Mecom Hahnfeld, Kathleen

Mecom Fogarty, Katsy Mullendore Mecom Cluck (hereinafter collectively referred to as the

"Mecom Heirs" ) in the percentage of twenty-five percent (25%) each in so far as such Mineral

Royalty Interest affects property within the following units created by the Louisiana

Commissioner of Conservation:

(a) Clark Sand, Reservoir B, Back Ridge Field, Cameron Parish, Louisiana ("CLARK RB SUA") created by Louisiana Commissioner of Conservation Order No. 1249-A-1, effective December 17, 1985; and

(b) NCR CLARK RA SUA created by Louisiana Commissioner of Conservation Order No. 1026-B-3 effective August 31, 1983

(Hereinafter referred to as the "Mecom Heirs Mineral Royalty")

Nothing herein shall be construed or operate to prejudice the rights of the Mecom Heirs to assert or claim that the Mecom Heirs Mineral Royalty interest burdens any other area of Refuge Tract 5-A.

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that Manti Operating Company is awarded the sum of $59,746.95 as reasonable attorney fees and out of pocket expenses and that such fees and expenses shall be taxed as costs and paid to Manti Operating Company from the funds deposited into the registry of the court.

**IT IS FURTHER ORDERED** that all costs of this proceeding shall be paid from the funds deposited into the registry of the court and that after deduction for all costs and after all appeal delays have run the funds deposited into the registry of the court by plaintiff, Manti Operating Company, shall be disbursed by the clerk of court to the following persons and entities in the following percentages in accordance with an additional order of this court in compliance with Local Rule 67.3:

FUNDS DEPOSITED ATTRIBUTABLE TO THE PLAN 1-2 Unit

| | |
|---|---|
| United States OF America | 12.500000% |
| Mecom Minerals, LLC | 9.722200% |
| Wichita Partnership. Ltd. | 9.722200% |
| W & T Offshore, LLC | 67.055590% |
| Edward M. Carmouche, Jr | 0.051782% |
| Maura Carmouche Mize | 0.051782% |
| Lili Chen Carmouche as Trustee of the Pierre Auguste Carmouche Trust | 0.051782% |
| Virginia Carmouche Emory | 0.051782% |
| Camp Holdings, LLC | 0.207129% |
| Yolande McLin Palmer | 0.065755% |
| Yolande McLin Palmer as Trustee of the Paul Edwin Palmer Testamentary Trust | 0.065755% |
| Harry E Barsh and Jean LaBove Barsh | 0.131510% |
| Edwin K. Hunter | 0.051289% |
| Bonner M. Cutting | 0.051289% |
| A J Gray, III | 0.034029% |
| May Poche Gray | 0.034029% |

| | | |
|---|---|---|
| Karl E. Bollert and Kathleen M Boellert | | 0.068056% |
| John F Robichaux and Mary R. Robichaux | | 0.052275% |
| Joseph A. Delafield | | 0.015879% |
| Zona King Barton | | 0.015879% |
| | Total | 100.000000% |

## FUNDS DEPOSITED ATTRIBUTABLE TO THE PLAN 3 Unit

| | |
|---|---|
| United States | 12.500000% |
| Mecom Minerals, LLC | 9.722200% |
| Wichita Partnership, Ltd. | 9.722200% |
| W & T Offshore, LLC | 66.842743% |
| Edward M. Carmouche, Jr. | 0.051782% |
| Maura Carmouche Mize | 0.051782% |
| Lili Chen Carmouche as Trustee of the Pierre Auguste Carmouche Trust | 0.051782% |
| Virginia Carmouche Emory | 0.051782% |
| Camp Holdings, LLC | 0.207129% |
| Yolande McLin Palmer | 0.065755% |
| Yolande McLin Palmer as Trustee of the Paul Edwin Palmer Testamentary | 0.065755% |
| Harry E Barsh and Jean LaBove Barsh | 0.131510% |
| Edwin K. Hunter | 0.051289% |
| Bonner M. Cutting | 0.051289% |
| A. J. Gray, III | 0.034029% |
| May Poche Gray | 0.034029% |
| Karl E. Bollert and Kathleen M Boellert | 0.068056% |
| John F Robichaux and Mary R. Robichaux | 0.052275% |
| Joseph A. Delafield | 0.015879% |
| Zona King Barton | 0.015879% |
| John W. Mecom III | 0.053214% |
| Mary Elizabeth Mecom Hahnfeld | 0.053214% |
| Kathleen Mecom Fogarty | 0.053214% |
| Katsy Mullendore Mecom Cluck | 0.053214% |
| Total | 100.000000% |

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that this judgment shall pertain to and bind Manti Operating Company only insofar as concerns lands, rights, and interests included and situated within the geographical boundaries of the Planulina 1-2, Reservoir A, Sand Unit A (PLAN 1-2 RA SUA) and the Planulina 3, Reservoir A, Sand Unit A (PLAN 3 RA SUA), as established by Louisiana Office of Conservation Order Number 1249-C-2, dated May 26, 2005.

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that Manti Operating

Company is hereby discharged and relieved of any further liability or responsibility to any of the parties to this judgment for, or with respect to, the funds deposited or to be deposited by Manti Operating Company into the registry of this Court in this matter pursuant to this Court's Order dated September 14, 2005, for the disputed portion of the production sale revenues from the Planulina 1-2, Reservoir A, Sand Unit A (PLAN 1-2 RA SUA) and the Planulina 3, Reservoir A, Sand Unit A (PLAN 3 RA SUA), as established by Louisiana Office of Conservation Order Number 1249-C-2, dated May 26, 2005.

**IT IS FURTHER, ORDERED, ADJUDGED AND DECREED** that Manti Operating Company shall be entitled to continue to deposit the disputed portion of the production sale revenues from the Planulina 1-2, Reservoir A, Sand Unit A (PLAN 1-2 RA SUA) and the Planulina 3, Reservoir A, Sand Unit A (PLAN 3 RA SUA), established by Louisiana Office of Conservation Order Number 1249-C-2, dated May 26, 2005, under the terms of this Court's Order dated September 14, 2005, until the delays for appealing this judgment have elapsed or, if an appeal is taken from this judgment, until such time that this judgment becomes a final judgment after appeal.

Thus done and signed in Lake Charles, Louisiana, this _8 th_ day of _September_, 2006.

_____
DISTRICT JUDGE